FILED

08 MAY -5 PM 3:28

[stamp illegible]
U.S. DISTRICT COURT
[illegible] CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keith W. CAndler )
                 )
         Plaintiff, )  CV 08       2320
                 )  CASE NO.
                 )         MMC
    vs.          )  PRISONER'S
                 )  APPLICATION TO PROCEED
J.B. VazQuez et. aL., )  IN FORMA PAUPERIS    (PR)
                 )
         Defendant. )
                 )

I, Keith W. CAndler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or           Yes ____ No ✓
10           self employment
11      b.   Income from stocks, bonds,        Yes ____ No ✓
12           or royalties?
13      c.   Rent payments?                    Yes ____ No ✓
14      d.   Pensions, annuities, or           Yes ____ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ____ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                    Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5     _____
6     _____
7   5.     Do you own or are you buying a home?     Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.     Do you own an automobile?     Yes ____ No ____
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No ____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.     Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No ____ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ____ No ____
20   _____
21   8.     What are your monthly expenses?
22   Rent: $ _____ Utilities: _____
23   Food: $ _____ Clothing: _____
24   Charge Accounts:
25   Name of Account     Monthly Payment     Total Owed on This Acct.
26   _____ $_____ $_____
27   _____ $_____ $_____
28   _____ $_____ $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Keith W. Candler V. J. S Woodford

No. C04-5453 MMC (PR)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-23-08          *Keith Candler*

DATE                SIGNATURE OF APPLICANT

```
 1
 2                                    Case Number: _____
 3
 4
 5
 6
 7
 8                       CERTIFICATE OF FUNDS
 9                                IN
10                       PRISONER'S ACCOUNT
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                        [prisoner name]
14  _____ where (s)he is confined.
        [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____            _____
                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

- 5 -

```
REPORT ID: TS3030  .701                                            REPORT DATE: 04/24/08
                                                                   PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU APR. 24, 2008

ACCOUNT NUMBER : K25679                      BED/CELL NUMBER: FC2 2 00000029U
ACCOUNT NAME   : CHANDLER, KEITH WAYNE          ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
------- ---- ---------------- ----------- ---------  --------   -----------   -------
11/01/2007   BEGINNING BALANCE                                                   0.00
  ACTIVITY FOR 2008
02/01  D340  EFT DEPOSIT      MR5094JPAY               50.00                    50.00
02/14  W536  COPAY CHARGE     702318MCPY                              5.00      45.00
02/26  FC01  DRAW-FAC 1       702460ADSG                             39.80       5.20
02/27  W516  LEGAL COPY CH    702497COPY                              5.20       0.00
03/25  FR01  CANTEEN RETUR    702799                                 39.80-     39.80
03/25  FC03  DRAW-FAC 3       702809CFAC                             34.80       5.00
04/04  W536  COPAY CHARGE     702928MCPY                              5.00       0.00
04/22  FR01  CANTEEN RETUR    703135                                  0.05-      0.05

                            CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE    DESCRIPTION             COMMENT              HOLD AMOUNT
----------   ----   --------------          ---------             -----------
04/04/2008   H109   LEGAL POSTAGE HOLD      702940 LEG                   4.60
04/04/2008   H109   LEGAL POSTAGE HOLD      702940 LEG                   4.60

                            TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS    WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
---------   --------    -----------    -------     -------      ------------
    0.00       50.00          49.95        0.05       9.20              0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                             9.15-
```