FILED
08 MAY -5 PM 3:28

In The United States District Court
For the Northern District of California

Keith W. Candler
    Plaintiff

v.

J.B. Vazquez et. al.,
    Defendants

CASE NO.

Notice of Plaintiff Motion for appointment of Counsel and Motion for appointment of Counsel MMC (PR)

For the reasons more fully explained in Plaintiff declaration Plaintiff request that the Courts Appoint Counsel in this matter. See attached statement.

"
"
"
"
"
"
"
"
"

In The United States District Court
for the Northern District of California

Keith W. Candler
　　Plaintiff

v.

J.B. Vazquez et al
　　Defendants

CASE NO.
Declaration of Plaintiff IN Re: Motion for Appointment of Counsel

Plaintiff request that the Courts Appoint Counsel for Plaintiff in this matter Pursuant to 28 U.S.C. § 1915(e)(1).
Plaintiff is unable to afford Counsel. Plaintiff has requested leave to proceed in forma Pauperis. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.
A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.
Plaintiff also suffer from severe mental and emotional

1  Pains which limits Plaintiff abilities to do the
2  legal work that I am capable of doing.
3  For the following reasons Plaintiff request
4  that the Courts appoint Counsel to Plaintiff in
5  this matter

7  I swear Under the Penalty of Perjury
8  that the foregoing is true and correct.
9  Executed this 21 day of April 08. at Represa
10 California.

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Keith W. CAndler, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

Keith W. CAndler
K25679
C.S.P. SAC., P.O. Box 290066
Represa, CA 95671

On, 4-18-08, I served the following documents:

Complaint and attached exhibits, Motion for appointment of Counsel and Motion to proceed in Forma Pauperis.

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Office of the Clerk
U.S. District Court
Northern Dis. of California
450. Golden gATE AVE.
SAN Francisco. CA 94102

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 18 day of April, 08, at California State Prison - Sacramento, Represa, California.

(Signature) Keith Candler