FILED
08 MAY 23 PM 2:11

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Keith Candler       Plaintiff,

vs.

J.B. Vazquez. et al  Defendant.

CASE NO. _____ JW

CV 08 2320 (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Keith Candler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Plaintiff has never been employed

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                          Yes ___ No X

b. Income from stocks, bonds, or royalties?                         Yes ___ No X

c. Rent payments?                                                   Yes ___ No X

d. Pensions, annuities, or life insurance payments?                 Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married?                                                 Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?  Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ No moneys

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?

Rent: $ N/A   Utilities: N/A

Food: $ N/A   Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Keith Candler V. J.S Woodford et. al defendants NO. C04-5453

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-11-08                                      *Keith Candler*

DATE                                         SIGNATURE OF APPLICANT

Case Number: CV-08-2320

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **KEITH W. CHANDLER** [prisoner name] for the last six months **CSP-SACRAMENTO** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **11.67** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **18.32**.

Dated: **5/13/08**

_____
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                                                REPORT DATE: 05/13/08
                                                                                       PAGE NO:            1

                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 13, 2008

ACCOUNT NUMBER : K25679                          BED/CELL NUMBER: FC2  2  0000029U
ACCOUNT NAME   : CHANDLER, KEITH WAYNE           ACCOUNT TYPE:  I
PRIVILEGE GROUP: B

                             TRUST ACCOUNT ACTIVITY

 TRAN
DATE  CODE   DESCRIPTION         COMMENT         CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE
----  ----   -----------         -------         ---------    --------   -----------    -------
10/01/2007   BEGINNING BALANCE                                                             0.00
ACTIVITY FOR 2008
02/01 D340  EFT DEPOSIT          MR5094JPAY                    50.00                      50.00
02/14 W536  COPAY CHARGE         702318MCPY                                  5.00         45.00
02/26 FC01  DRAW-FAC 1           702460ADSG                                 39.80          5.20
02/27 W516  LEGAL COPY CH        702497COPY                                  5.20          0.00
02/27 FR01  CANTEEN RETUR        702799                                    39.80-         39.80
03/25 FR01  CANTEEN RETUR        702809CFAC                                34.80-          5.00
03/25 FC03  DRAW-FAC 3                                                       5.00          0.00
04/04 W536  COPAY CHARGE         702928MCPY                                  0.00          0.00
04/22 FR01  CANTEEN RETUR        703135                                      0.05-         0.05
05/13 D300  CASH DEPOSIT         MR8599-ROC                    20.00                      20.05

                           CURRENT HOLDS IN EFFECT

 DATE    HOLD
PLACED   CODE    DESCRIPTION                   COMMENT                  HOLD AMOUNT
------   ----    -----------                   -------                  -----------
04/30/2008 H109  LEGAL POSTAGE HOLD            303226 LEG                    4.60

                          TRUST ACCOUNT SUMMARY
BEGINNING       TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
---------      --------    -----------    -------      -------      ------------
   0.00         70.00         49.95        20.05         4.60           0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                       -------
                                                        15.45
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

MR. Keith Candler. K25679
CSP. SAC. C-2-229
P.O. Box 290066
Represa. CA 95671

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES