United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH WAYNE CANDLER,

Plaintiff,

vs.

J.B. VAZQUEZ, et al.,

Defendants.

C 08-2320 MMC(PR)

**ORDER OF DISMISSAL**

**(Docket Nos. 2, 3 & 5)**

On May 5, 2008, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis and has moved for the appointment of counsel.

On July 22, 2008, the Court entered an "Amended Order of Dismissal" in a separate civil rights action filed by plaintiff, Candler v. Abuyen, C 04-5453 MMC (PR). The Court dismissed C 04-5453 pursuant to the parties' representation to the Court that they have agreed to a settlement of that action; the settlement agreement includes plaintiff's agreement to dismiss the instant action with prejudice. (See C 04-5453, Notice of Settlement Terms and Request for Clarification, filed July 15, 2008, at 1.)

Accordingly, the instant action is hereby DISMISSED with prejudice; provided, however, that if any party to the settlement agreement certifies to the Court, within 180 days of entry of the Amended Order of Dismissal in C 04-5453, with proof of service of a copy thereon the opposing party, that the agreed consideration for the settlement has not been

delivered, the foregoing Order shall stand vacated and the action shall forthwith be reopened.

In light of the administrative process relevant to the above-referenced settlement, the parties may seek such further extension as may become necessary.

As plaintiff has agreed to dismiss the instant action prior to the Court's review thereof, the Court does not address plaintiff's application to proceed in forma pauperis; if the order of dismissal stands, no filing fee will be due. The Court likewise does not address plaintiff's motion for appointment of counsel. Should the order of dismissal be vacated and the action reopened, the Court will review plaintiff's application to proceed in forma pauperis and motion for appointment of counsel at that time.

The Clerk shall close the file and terminate Docket Nos. 2, 3 and 5.

IT IS SO ORDERED.

DATED: August 19, 2008

MAXINE M. CHESNEY
United States District Judge