1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Abuyen, Banuelos,
   Machuca, Pacheco, Vasquez, Gonzalez, Rocha, and
10 Starr

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KEITH WAYNE CANDLER, | C 04-5453 MMC (PR) |
| | C-08-2320 MMC (PR) |
| Plaintiff, | STIPULATION AND |
| | [~~PROPOSED~~] ORDER OF |
| v. | DISMISSAL |
| J.S. WOODFORD, et al., | |
| Defendants. | |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure, and also ~~the~~ case number CV 08-2320 MMC (PR), which was ~~the~~ filed with this court, and

//

//

Stipulation & [Proposed] Order Dismissal

*Candler v. Woodford, et al.*
C 04-5453 MMC (PR)

1

each party to bear his own attorneys' fees and costs.

Dated: July 3, 2008

KEITH WAYNE CANDLER
Plaintiff

Dated: July 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

KENNETH T. ROOST
Deputy Attorney General
Attorneys for Defendants Abuyen, Banuelos, Machuca, Pacheco, Vasquez, Gonzalez, Rocha, and Starr

IT IS SO ORDERED.

Dated: DEC 1 6 2008

Hon. Maxine M. Chesney
United States District Judge

20119601.wpd
SF2005200176

Stipulation & [Proposed] Order Dismissal

*Candler v. Woodford, et al.*
C 04-5453 MMC (PR)

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CANDLER,

        Plaintiff,

v.

ABUYEN et al,

        Defendant.
                                     /

Case Number: CV04-05453 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith W. Candler
CSP Sacramento
K25679 D-2-207
P.O. Box 290066
Represa, CA 95671

Dated: December 16, 2008

                                          Richard W. Wieking, Clerk

                                          *Tracy Lucero*

                                          By: Tracy Lucero, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEITH W. CANDLER,

Plaintiff,

v.

J.B. VAZQUEZ et al,

Defendant.
_____/

Case Number: CV08-02320 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Wayne Candler
CSP SAC
K25679
P.O. Box 290066
Represa, CA 95671

Dated: December 16, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk